UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MARKS, | Case No. 2:19-cv-01359-APG-EJY |
| Plaintiff | |
| v. | ORDER |
| WILLIAMS, *et al.,* | |
| Defendants. | |

**I.  DISCUSSION**

On September 10, 2019, this Court granted Plaintiff an extension of time to file a fully complete application to proceed *in forma pauperis*, including the required executed financial certificate and inmate account statements for the past six months or pay the full $400 filing fee for a civil action no later than Friday, October 11, 2019. (ECF No. 5 at 1). On October 7, 2019, Plaintiff filed a second motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate and inmate account statement from the NDOC yet. (ECF No. 6). The Court now grants Plaintiff's second motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis*, including the required executed financial certificate and inmate account statement for the past six months or pay the full $400 filing fee on or before **Friday, November 22, 2019**.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED that on or before **Friday, November 22, 2019**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

1   IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED this 8th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE